**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604

TEL. NO. 579-5861
(AREA CODE 203)



**KEVIN F. ROWE**
CLERK

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE

DELMONT MURPHY

V.

DR. BRADLEY
COMMISSIONER OF CORRECTIONS

PRISONER
Case Number: 3:03cv714(DJS)

Notice to Clerk, District Court,
for the Eastern District of **Virginia**

Dear Clerk:

Enclosed is the original file and certified copies of the Order and docket entries in the above-entitled case which has been transferred to your court.

Kindly acknowledge receipt of same on the copy of this notice and return it in the envelope provided.

Dated at Bridgeport, Connecticut, February 11, 2004.

KEVIN F. ROWE, CLERK

By: _____
Mary E. Larsen
Deputy Clerk

Enclosures

This acknowledges receipt of this case file and certified copies of the Order and docket entries.

Case was received in this District on __2/24/04__

Assigned case number: __2:04cv108__

This case was received by: _____